UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ADAM THULL

        Plaintiff(s),

v.

TECHTRONIC INDUSTRIES CO., LTD.,
et al.

        Defendant(s).

Civil Case No. 13-mc-00102

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Alexandria L. Bell requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Bell, Alexandria L.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Johnson & Bell, Ltd.
Mailing Address: 33 West Monroe Street - Suite 2700
City: Chicago   State: Illinois   Zip: 60603
Phone Number: (312) 372-0770   Fax Number: (312) 372-9818
Business E-mail Address: bella@jbltd.com

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __09__ day of __January__, __2014__

_____
(Signature of Pro Hac Counsel)

__Alexandria Bell__
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __9th__ day of __January__, __2014__

__/s/Walter H. Sweek__
(Signature of Local Counsel)

Name: __Sweek__          __Walter__          __H.__          _____
(Last Name)              (First Name)        (MI)           (Suffix)

Oregon State Bar Number: __620920__

Firm or Business Affiliation: __Cosgrave Vergeer Kester LLP__

Mailing Address: __888 SW Fifth Avenue, Suite 500__

City: __Portland__          State: __OR__          Zip: __97204__

Phone Number: __503 323 9000__          Business E-mail Address: __wsweek@cosgravelaw.com__

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge